AB:JV

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

- against -

DELBY VINAS,

                Defendant.

------------------------------X

**TO BE FILED UNDER SEAL**

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANT

(18 U.S.C. § 751(a))

No. 20-MJ-34

EASTERN DISTRICT OF NEW YORK, SS:

        Patrick Donohue, being duly sworn, deposes and states that he is a Deputy United States Marshal duly appointed according to law and acting as such.

        Upon information and belief, on or about December 19, 2019, within the Eastern District of New York, the defendant DELBY VINAS, having been convicted of an offense, did knowingly and intentionally escape from the custody of the Attorney General or his authorized representative.

        (Title 18, United States Code, Section 751(a)).

        The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all of the relevant facts and circumstances of which I am aware. In addition, when I rely on statements made by others, such statements are set forth in part and in substance unless otherwise indicated.

1. On or about October 9, 2015, DELBY VINAS was sentenced by the Honorable Andrew L. Carter Jr. of the United States District Court for the Southern District of New York to a term of five years' imprisonment, to be followed by two years of supervised release, and was remanded to the custody of the United States Bureau of Prisons (See Dkt. No. 126, 14-CR-223 (ALC)). The defendant was sentenced in connection with his conviction for Possession of a Weapon in Furtherance of a Drug Trafficking Offense, in violation of Title 18, United States Code, Section 924(c).

2. On or about November 12, 2019, DELBY VINAS was transferred from FCI Elkton, Ohio, to the Brooklyn Residential Reentry Center ("RRC"), commonly known as a half-way house, in Brooklyn, New York, where he was supposed to remain to serve the remainder of incarcerating sentence until at least February 2, 2020.

3. On or about December 19, 2019, at approximately 7:42 a.m., DELBY VINAS walked out of the Brooklyn RRC without authorization.

4. As of the date and time of the filing of this complaint, DELBY VINAS has not returned to the Brooklyn RRC.

WHEREFORE, your deponent respectfully requests that a warrant issue for the arrest of DELBY VINAS so that he may be dealt with according to law.

Because public filing of this document could result in a risk of flight by the defendant, as well as jeopardize the government's ongoing investigation, your deponent respectfully requests that this complaint, as well as any arrest warrant issued in connection with this complaint, be filed under seal.

_____
PATRICK DONOHUE
Deputy U.S. Marshal
U.S. Marshals Service

Sworn to before me this
10th day of January, 2020

_____  s/Bulsara
THE HONORABL
UNITED STATES
EASTERN DISTF

3